**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| MARCELLO CORTI,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 24-cv-06916<br><br>Hon. Steven C. Seeger |

**FINAL JUDGMENT ORDER**

This Court hereby enters final judgment in favor of Plaintiff MARCELLO CORTI ("Corti" or Plaintiff") against the defendant identified on Amended Schedule A (jian yi Suggestion poster) as follows:

1. Pursuant to 17 U.S.C. § 504(c)(2), Corti is awarded statutory damages from the Defaulting Defendant in the amount of five thousand dollars ($5,000) for willful use of the infringing Marcello Corti Work on products sold through at least the Defendant Internet Store.

2. Plaintiff may enforce this final judgment as provided in the Federal Rules.

This is a Final Judgment.

Date: October 27, 2026

Steven C. Seeger
United States District Judge

**[Amended] Schedule A**

| No. | Defendant |
|---|---|
| 1 | jian yi Suggestion poster |